JOSEPH L. GOLDEN, ESQ. (S.B. No. 61293)
Email: jlgoldenesq@verizon.net
LAW OFFICE OF JOSEPH L. GOLDEN
1801 Century Park East, 24th Floor
Los Angeles, California 90067-2302
Telephone: 310-556-9666
Facsimile: 310-556-9625

Attorney for plaintiff Colwel Platinum Entertainment, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLWEL PLATINUM ENTERTAINMENT, INC., a New York corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ADAM LAMBERT, an individual,<br><br>    Defendant. | Case No.: CV11-9062-PA (MANx)<br><br>WAIVER OF SERVICE OF SUMMONS |

To JOSEPH L. GOLDEN, ESQ.:

   I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

---

Waiver of Service                              1

Waiver of Service

      I agree to save the expense of serving a summons and complaint in this case. I understand that I will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service. I also understand that I must file and serve an answer or a motion under Rule 12 within 60 days from November 2, 2011, the date when this request was sent. If I fail to do so, a default judgment will be entered against me.

Dated: 11/15/11

_Adam Lambert_
Adam Lambert

"per authorization"

## Duty to Avoid Unnecessary Expenses of Serving a Summons

<u>Rule 4 of the Federal Rules of Civil Procedure</u> requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.