# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

FILED
CLERK, U.S. DISTRICT COURT
JAN - 4 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge  _Anderson_

From: _A. Ruph__a_, Deputy Clerk    Date Received: _1/3/2012_

Case No.: _CV11-9062 PA (MANx)_  Case Title: _Colwell Platinum vs Adam Lambert_

Document Entitled: _First Stipulation Extending Time Dept Time to Respond to Initial Complaint & proposed Order & Notice of Changes_

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 11-3.1      Document not legible
- ☐ Local Rule 11-3.8      Lacking name, address, phone, facsimile numbers and email address
- ☐ Local Rule 11-4.1      No copy provided for judge
- ☐ Local Rule 19-1        Complaint/Petition includes more than ten (10) Does or fictitiously named parties
- ☐ Local Rule 15-1        Proposed amended pleading not under separate cover
- ☐ Local Rule 11-6        Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8        Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 7.1-1       No Certification of Interested Parties and/or no copies
- ☐ Local Rule 6.1         Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 56-1        Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2        Statement of genuine disputes of material fact lacking
- ☐ Local Rule 7-19.1      Notice to other parties of ex parte application lacking
- ☐ Local Rule 16-7        Pretrial conference order not signed by all counsel
- ☐ FRCvP Rule 5(d)        No proof of service attached to document(s)
- ☒ General Order ~~08-02~~ _10-07_   Case is designated for electronic filing
- ☐ Other: _____

**Note:** Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

---

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____     _____
Date                                      U.S. District Judge / U.S. Magistrate Judge

☒ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

_1/3/12_                                _[signature]_
Date                                      U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE    COPY 2 -JUDGE    COPY 3 -SIGNED & RETURNED TO FILER    COPY 4 -FILER RECEIPT

CV-104A (12/10)     NOTICE OF DOCUMENT DISCREPANCIES     GPO U.S. GOVERNMENT PRINTING OFFICE: 2011-771-111