JOSEPH L. GOLDEN, ESQ. (S.B. No. 61293)
Email: jlgoldenesq@verizon.net
LAW OFFICE OF JOSEPH L. GOLDEN
1801 Century Park East, 24th Floor
Los Angeles, California 90067-2302
Telephone: 310-556-9666
Facsimile: 310-556-9625

Attorney for plaintiff Colwel Platinum Entertainment, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLWEL PLATINUM ENTERTAINMENT, INC., a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>ADAM LAMBERT, an individual,<br><br>Defendant. | Case No. CV11-9062-PA (MANx)<br><br>FIRST STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS [L.R. 8-3]<br><br>Complaint Filed: Nov. 1, 2011<br>Service of Summons Waived:<br>  Nov. 15, 2011<br>Current Response Date:<br>  January 3, 2012<br>New Response Date:<br>  January 17, 2012<br>Discovery Cutoff: Not Yet Set<br>Motion Cutoff: Not Yet Set<br>Pretrial Conference: Not Yet Set<br>Trial: Not Yet Set |

It is hereby stipulated by and between plaintiff Colwel-Platinum Entertainment, Inc. ("plaintiff") and defendant Adam Lambert ("defendant"), through the parties' respective counsel of record and subject to the Court's

approval, that the date by which defendant must respond to the initial complaint in this action shall be extended 14 days, from January 3, 2012 to and including January 17, 2012.

This stipulation is entered into pursuant to Local Rule 8.3 for the following reasons:

1. The initial complaint was filed on November 1, 2011. Plaintiff's counsel sent defendant a Request to Waive Service and the associated documents on November 2, 2011.

2. Through his attorney and authorized representative, defendant executed a Waiver of Service on November 15, 2011. That document was filed on November 18, 2011 [Document No. 6].

3. Pursuant to Rules 6(a) and 12(a)(1)(A)(ii), F.R.Civ.P., defendant's response to the complaint is due on January 3, 2012.

4. The discovery cutoff date, last date for hearing motions, pretrial conference date and trial date have not yet been set.

5. The parties' transactional counsel have negotiated and agreed upon the material terms of a settlement of this action and all the claims asserted herein. The negotiation and agreed upon material terms of that settlement agreement are reflected in a series of emails

between said counsel dated between November 15 and December 21, 2011.

6. Defendant's counsel have begun preparing a settlement agreement and have committed to send a draft of that document to plaintiff's counsel by January 3, 2012.

7. The parties' counsel believe they will be able to complete the settlement agreement and have it executed by the parties by January 14, 2012 and therefore request that the Court approve this extension of time to allow them to do so and to allow defendant to avoid the cost of preparing a response to the complaint.

8. Defendant has not previously requested an extension of time to respond to the complaint.

Dated: December 29, 2011

JOSEPH L. GOLDEN
LAW OFFICE OF JOSEPH L. GOLDEN

By: _____
Joseph L. Golden
Attorney for Plaintiff Colwel Platinum Entertainment, Inc.

[Signature continued on next page]

First Local Rule 8.3 Stipulation   3

Dated: December 29, 2011

KEVIN S. MARKS
GANG, TYRE, RAMER & BROWN, INC.

By: _____
Kevin S. Marks
Attorneys for Defendant Adam Lambert

## Certificate of Service

State of California      )
                         ):
County of Los Angeles    )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1801 Century Park East, 24th Floor, Los Angeles, CA 90067-2302

On December 29, 2011, I served the foregoing First Stipulation Extending Defendant's Time To Respond To Initial Complaint By Not More Than 30 Days [L.R. 8-3] on the interested parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:

Kevin S. Marks, Esq.
Gang, Tyre, Ramer & Brown, Inc.
132 South Rodeo Drive
Beverly Hills, California 90212-2425

Executed on December 29, 2011, at Los Angeles, California.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

_____
Anita Stephan

JOSEPH L. GOLDEN, ESQ. (S.B. No. 61293)
Email: jlgoldenesq@verizon.net
LAW OFFICE OF JOSEPH L. GOLDEN
1801 Century Park East, 24th Floor
Los Angeles, California 90067-2302
Telephone: 310-556-9666
Facsimile: 310-556-9625

Attorney for plaintiff Colwel Platinum Entertainment, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLWEL PLATINUM ENTERTAINMENT, INC., a New York corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ADAM LAMBERT, an individual,<br><br>　　　　Defendant. | Case No. CV11-9062-PA (MANx)<br><br>[PROPOSED] ORDER APPROVING FIRST STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS [L.R. 8-3]<br><br>Complaint Filed: Nov. 1, 2011<br>Service of Summons Waived:<br>　Nov. 15, 2011<br>Current Response Date:<br>　January 3, 2012<br>New Response Date:<br>　January 17, 2012<br>Discovery Cutoff: Not Yet Set<br>Motion Cutoff: Not Yet Set<br>Pretrial Conference: Not Yet Set<br>Trial: Not Yet Set |

The Court has read and considered the First Stipulation Extending

Defendant's Time To Respond To Initial Complaint By Not More Than 30 Days

filed herein pursuant to Local Rule 8.3 by plaintiff Colwel-Platinum Entertainment, Inc. ("plaintiff") and defendant Adam Lambert ("defendant").

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the date by which defendant must respond to the initial complaint in this action shall be and hereby is extended from January 3, 2012 to and including January 17, 2012.

Dated: _____          _____
                                              U.S. District Judge

Certificate of Service

State of California      )
                         ):
County of Los Angeles    )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1801 Century Park East, 24th Floor, Los Angeles, CA 90067-2302

On December 29, 2011, I served the foregoing [Proposed] Order Approving First Stipulation Extending Defendant's Time To Respond To Initial Complaint By Not More Than 30 Days [L.R. 8-3] on the interested parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:

Kevin S. Marks, Esq.
Gang, Tyre, Ramer & Brown, Inc.
132 South Rodeo Drive
Beverly Hills, California 90212-2425

Executed on December 29, 2011, at Los Angeles, California.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

_____
Anita Stephan