Name & Address:

KEVIN S. MARKS, ESQ. (S.B. No. 107408)
GANG, TYRE, RAMER & BROWN, INC.
132 S. RODEO DRIVE
BEVERLY HILLS, CA 90212

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLWEL PLATINUM ENTERTAINMENT, INC., a New York corporation,  PLAINTIFF(S)  v.  ADAM LAMBERT, an individual,  DEFENDANT(S). | CASE NUMBER  CV11-9062-PA(MANx)  NOTICE OF CHANGE OF ATTORNEY INFORMATION |

**The following information must be provided:**

I, __Kevin S. Marks__, __107408__, __ksm@gtrb.com__
      *Name*            *CA Bar ID Number*      *E-mail Address*

☒ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s)

Defendant Adam Lambert

and am requesting the following change(s):

> THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
> I ☒ consent ☐ do not consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☐ TO UPDATE NAME OR FIRM INFORMATION:
    ☐ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.
        PROVIDE ONLY THE INFORMATION THAT HAS CHANGED
Attorney Name changed to _____
New Firm/Government Agency Name _____
New Address _____
New Telephone Number _____ New Facsimile Number _____
New E-mail address _____

☒ TO BE ADDED AS COUNSEL OF RECORD: CHECK ONE BOX
    ☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____
    ☒ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS NOT ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name KEVIN S. MARKS         CA State Bar Number 107408
Firm/Government Agency Name GANG, TYRE, RAMER & BROWN, INC.
Address: 132 S. RODEO DRIVE, BEVERLY HILLS, CA 90212
Telephone Number (310) 777-4800         Facsimile Number (310) 777-7010
New E-mail address ksm@gtrb.com

☐    TO BE REMOVED FROM THE CASE: **
   ☐    I am ☐ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action.
CHECK ONE BOX
   ☐    The order relieving me/the aforementioned attorney from my firm was filed on: _____.

   ☐    There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

   ☐    I am ☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**This form *cannot* be used as a substitution of attorney firm. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01,*Request for Substitution of Attorney* and G-01ORDER, *Order on Request for Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.

Date: December 29, 2011                    _____
                                           Signature of Attorney of Record / Attorney for the Firm

PLEASE NOTE: CM/ECF users must update their account information in the system pursuant to the General Order authorizing electronic filing, in addition to filing this Notice of Change of Attorney Information. A separate Notice must be filed in every pending case pursuant to Local Rule 83-2.7.

Certificate of Service

State of California        )
                           ):
County of Los Angeles      )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1801 Century Park East, 24th Floor, Los Angeles, CA 90067-2302

On December 29, 2011, I served the foregoing Notice of Change of Attorney Information on the interested parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:

Kevin S. Marks, Esq.
Gang, Tyre, Ramer & Brown, Inc.
132 South Rodeo Drive
Beverly Hills, California 90212-2425

Executed on December 29, 2011, at Los Angeles, California.

_____
Joseph L. Golden