1  JOSEPH L. GOLDEN, ESQ. (S.B. No. 61293)
   Email: jlgoldenesq@verizon.net
2  LAW OFFICE OF JOSEPH L. GOLDEN
   1801 Century Park East, 24th Floor
3  Los Angeles, California 90067-2302
   Telephone: 310-556-9666
4  Facsimile: 310-556-9625

5  Attorney for plaintiff Colwel Platinum Entertainment, Inc.

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11

12

13  COLWEL PLATINUM              )   Case No. CV11-9062-PA (MANx)
    ENTERTAINMENT, INC., a New   )
14  York corporation,            )
                                 )   [PROPOSED] ORDER APPROVING
15                               )   FIRST STIPULATION EXTENDING
                 Plaintiff,      )   DEFENDANT'S TIME TO RESPOND
16                               )   TO INITIAL COMPLAINT BY NOT
                                 )   MORE THAN 30 DAYS [L.R. 8-3]
17       v.                      )
                                 )   Complaint Filed: Nov. 1, 2011
18                               )   Service of Summons Waived:
    ADAM LAMBERT, an individual, )      Nov. 15, 2011
19                               )   Current Response Date:
                                 )      January 3, 2012
20               Defendant.      )   New Response Date:
                                 )      January 17, 2012
21                               )   Discovery Cutoff: Not Yet Set
                                 )   Motion Cutoff: Not Yet Set
22                               )   Pretrial Conference: Not Yet Set
                                 )   Trial: Not Yet Set
23                               )

24

25       The Court has read and considered the First Stipulation Extending

26

27  Defendant's Time To Respond To Initial Complaint By Not More Than 30 Days

28

---

[Proposed] Order Approving First Local Rule 8.3 Stipulation
                                1

filed herein pursuant to Local Rule 8.3 by plaintiff Colwel-Platinum Entertainment, Inc. ("plaintiff") and defendant Adam Lambert ("defendant").

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the date by which defendant must respond to the initial complaint in this action shall be and hereby is extended from January 3, 2012 to and including January 17, 2012.

Dated: _____          _____

U.S. District Judge

Certificate of Service

State of California          )
                            ):
County of Los Angeles       )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1801 Century Park East, 24th Floor, Los Angeles, CA 90067-2302

On December 29, 2011, I served the foregoing [Proposed] Order Approving First Stipulation Extending Defendant's Time To Respond To Initial Complaint By Not More Than 30 Days [L.R. 8-3] on the interested parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:

> Kevin S. Marks, Esq.
> Gang, Tyre, Ramer & Brown, Inc.
> 132 South Rodeo Drive
> Beverly Hills, California 90212-2425

Executed on December 29, 2011, at Los Angeles, California.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Anita Stephan