JOSEPH L. GOLDEN, ESQ. (S.B. No. 61293)
Email: jlgoldenesq@verizon.net
LAW OFFICE OF JOSEPH L. GOLDEN
1801 Century Park East, 24th Floor
Los Angeles, California 90067-2302
Telephone: 310-556-9666
Facsimile: 310-556-9625

Attorney for plaintiff Colwel Platinum Entertainment, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLWEL PLATINUM ENTERTAINMENT, INC., a New York corporation,<br><br>                Plaintiff,<br><br>    v.<br><br>ADAM LAMBERT, an individual,<br><br>                Defendant. | Case No. CV11-9062-PA (MANx)<br><br>ORDER APPROVING FIRST STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS [L.R. 8-3]<br><br>Complaint Filed: Nov. 1, 2011<br>Service of Summons Waived:<br>    Nov. 15, 2011<br>Current Response Date:<br>    January 3, 2012<br>New Response Date:<br>    January 17, 2012<br>Discovery Cutoff: Not Yet Set<br>Motion Cutoff: Not Yet Set<br>Pretrial Conference: Not Yet Set<br>Trial: Not Yet Set |

The Court has read and considered the First Stipulation Extending

Defendant's Time To Respond To Initial Complaint By Not More Than 30 Days

_____
[Proposed] Order Approving First Local Rule 8.3 Stipulation
1

filed herein pursuant to Local Rule 8.3 by plaintiff Colwel-Platinum Entertainment, Inc. ("plaintiff") and defendant Adam Lambert ("defendant").

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the date by which defendant must respond to the initial complaint in this action shall be and hereby is extended from January 3, 2012 to and including January 17, 2012.

Dated: January 10, 2012

_____

U.S. District Judge

Certificate of Service

State of California           )
                                   ):
County of Los Angeles       )

      I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 1801 Century Park East, 24th Floor, Los Angeles, CA 90067-2302

      On January 10, 2012, I served the foregoing [Proposed] Order Approving First Stipulation Extending Defendant's Time To Respond To Initial Complaint By Not More Than 30 Days [L.R. 8-3] on the interested parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:

           Kevin S. Marks, Esq.
           Gang, Tyre, Ramer & Brown, Inc.
           132 South Rodeo Drive
           Beverly Hills, California 90212-2425

      Executed on January 10, 2012, at Los Angeles, California.

      I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

_____
                 Anita Stephan