Edwin F. McPherson – State Bar No. 106084
Tracy B. Rane – State Bar No. 192959
**McPHERSON RANE LLP**
1801 Century Park East
24th Floor
Los Angeles, CA 90067
Tel:(310)553-8833
Fax:(310)553-9233

JS-6

Attorneys for Plaintiff COLWEL PLATINUM ENTERTAINMENT, INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLWEL PLATINUM ENTERTAINMENT, INC., a New York corporation,<br><br>        Plaintiffs,<br><br>  v.<br><br>ADAM LAMBERT, an individual,<br><br>        Defendant. | CASE NO. CV 11-9062 PA (MANx)<br><br>Complaint Filed: 11/1/11<br><br>**ORDER RE STIPULATION RE DISMISSAL** |

    Upon consideration of the parties' Stipulation, it is hereby ordered that the captioned action is hereby dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

    IT IS SO ORDERED.

Dated: February 28, 2012

_____
HON. PERCY ANDERSON
United States District Judge